(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Romell R. Howard
Pro SE
_____ Plaintiff(s)

FILED by ___ D.C.
AUG 15 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

v.

Mayor's Office City of Miami Beach Police
_____ Defendant(s)

Application of 1st Amendment (Petitioned)
(TITLE OF DOCUMENT)

I, Romell R. Howard, plaintiff or defendant, in the above styled cause,

This is a petition to the government to redress a grievance that Miami Beach Police Dept. provided. The grievance was an arrest made in Miami Beach for marijuana poss. under 20 grams. Marijuana possession or rather marijuana itself was decriminalized as of Jun 30th 2015. The arrest on plaintiff was made Jun 24th 2016. The officer also arrested the plaintiff without any probable cause. The plaintiff according to the arresting officers A-form or report said that the so called guilty parties of the arrest were spotted or seen by the arresting officer(s) prior to the officer(s) approaching the suspects including plaintiff. The plaintiff should have not been approached for a criminal activity that doesn't exist and in accordance with the arresting officer(s) training, the officer after search of the plaintiff and any checks for warrants should have released at least the plaintiff. At this point the citizens tax dollar(s) is all the plaintiff was facing as the plaintiff was forced to follow protocol and take matters up professionally at another time.

(Rev. 10/2002) General Document

The plaintiff has experienced several false arrest prior in other states and also @ arrested in Miami Beach 4 other times for non-criminal activity. The plaintiff is homeless, has PTSD and has endured the lost of his mother during a false arrest earlier on in his life. This was a very extreme unfair situation for the plaintiff as he is trying to get back on his feet. Plaintiff is a Certified Mediator through the Cleveland State Marshall program as of 1991-1992. The plaintiff has discovered there is no Fla. Stat. for false arrest involving L.E.O's, meaning there is no nominal damages pre-identified for a victim to have to utilize the 1st amendment in which has no immunities or clauses. Due towards there being no request for habeas corpus and the 4th Amendment being involved, the plaintiff would like to redress the grievance with government securities as legal representation for the violated amendments or grievance. The requested amount of government securities at this level for plaintiff is $14,000,000. This is potential legal representation for the violated 14th and 4th Amendment grievance in an expungable format. Again there is seemingly no legal setoffs or Fla. Statutes to cover this type of arrest to discuss in their court. The plaintiff's 1st amendment is only seeking from plaintiff as far a discussion, a denial of being a party, a Fla. Stat, or some type of legal setoff. Otherwise the plaintiff is willing to exchange or redress the grievance for $14,000,000. Again, as legal representation of violated amendments in the form of government securities.

Certificate of Service

I __Romell R. Howard__, certify that on this date __8__ a true copy of the foregoing document was mailed to: __Emmotimi S. Brisbe  Raul J. Aguila City Attorney__
name(s) and address(es)

__City of Miami Beach. 1700 Convention Center Drive. 4th Floor Legal Department Miami Beach, Florida 33139__

By:
__Romell R. Howard__                                    __/signature/__
Printed or typed name of Filer                          Signature of Filer

__N/A__                                                 _____
Florida Bar Number                                      E-mail address

__207-408-4280__                                        _____
Phone Number                                            Facsimile Number

__1603 N.W 7th Ave__
Street Address

__Miami FL 33136__
City, State, Zip Code

# *Violated amendments*

*4th Amendment*

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*

*14the Amendment*

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

The 1st amendments petition process can afford to be expressed as such for validacy:

1. Prosecution is the violated amendments petitioned

2. Plaintiff is the financial situation petitioned or at least acknowledged in order to identify available funds of unuse tax dollars, in this case. Also for funds not already designated for future use, as of yet, in terms of tax dollars. Identifying availab

3. Judge is the constitution itself.

This is the structure of the court for the 1st Amendments petition process affording rights to the would be plaintiff and all other parties to being guilty without a reasonable doubt.